IN RE: **GLADYS SANTIAGO GONZALEZ**
**JOSE LUIS MERCADO OTERO**

BK. CASE # 16-04226    MCF
CHAPTER 13

DEBTOR(S) SSN: XXX-XX-5739    SSN: XXX-XX-5963

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than seven (7) days prior to the scheduled confirmation hearing. Objections to the confirmation of the **amended plan** must be filed no later than fourteen (14) days it is filed or seven (7) days before the date set for the first confirmation hearing, whichever is earlier (Local Rule 3015-2 (d)(1)). Otherwise, objections to **Post Confirmation Modification of Plan** must be filed no later than twenty one (21) days from filing (Local Rule 9013-1(c)(2)(C)).
* See the **notice** of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [X] directly   [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[X] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____
[X] PRE   [ ] POST-CONFIRMATION

[X] **AMENDED PLAN DATED:** 1/31/2017
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 125.00 x 36 = $ 4,500.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL = 36   $ 4,500.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ WITH PROCEEDS TO COME FROM
[ ] Sale of property identified as follows:
_____
_____
[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 4,500.00

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:
a. Rule 2016(b) Statement:   $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 1,000.00 )
c. R 2016 Outstanding balance: $ 2,000.00
d. Post Petition Additional Fees: $ _____
e. Total Compensation:   $ 3,000.00

Signed: /s/ GLADYS SANTIAGO GONZALEZ
      DEBTOR
     /s/ JOSE LUIS MERCADO OTERO
      JOINT DEBTOR
     /s/ *JUAN O. CALDERON LITHGOW*
      BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____
2. [X] Trustee will pay secured **ARREARS**:
   Cr. BPPR          Cr. _____        Cr. _____
   Acct. Claim # 1   Acct. _____      Acct. _____
   $ 196.80          $ _____          $ _____

   Cr. _____         Cr. _____        Cr. _____
   Acct. _____       Acct. _____      Acct. _____
   $ _____           $ _____          $ _____

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS**:
   Cr. _____        Cr. _____        Cr. _____
   Acct. _____      Acct. _____      Acct. _____
   Monthly Pymt.$ _____  Monthly Pymt.$ _____  Monthly Pymt.$ _____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
   Cr. _____        Cr. _____        Cr. _____
   $ _____          $ _____          $ _____

5. [ ] Trustee will pay **VALUE OF COLLATERAL**:
   Cr. _____        Cr. _____        Cr. _____
   $ _____          $ _____          $ _____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
   Cr. _____  Ins. Co. _____  Premium: $ _____
   (Please indicate in "Other Provisions" the insurance coverage period)

7. [X] Debtor SURRENDERS COLLATERAL TO Lien Holder: COOP MANATI
8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
   BPPR

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

**C. UNSECURED PREFERRED:** Plan [ ] Classifies  [X] Does not Classify Claims.
[ ] Class A-  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead". _____
[ ] Class B-  [ ] Other Class: _____
[ ] Cr. _____   [ ] Cr. _____   [ ] Cr. _____
$ _____          $ _____         $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 0.00 )
[ ] Will be paid 100% plus _____ % Legal Interest  [X] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

---

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**   P.O. Box 1710, Vega Baja, PR 00694   Phone: **787-858-5476**